Case number 25-12682

Dear Judge Jones,

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
08/27/25    3:05 pm
LINDA McCORMACK, CLERK
By: MaryBethMansfield
DEPUTY CLERK

I am writing inform you I recieved a $10,420 bill from PPMG. That makes me feel as though they dont take these proceedings serious at all. I went to check my mail. They have blue tape to show the damages. I feel like they are trying to gather evidence against me, instead of accepting responsibilities for there in wrongdoings. This bill serves as another violation. Me nor my family have not done any damages to that house that would acquire such a bill. This is causing more anxiety and depression. I dint understand why they are still coming after me. Even though they have destroyed everything I own

Thanks
Monique Murphy

2 pages
MBM/ OTC

EOD: August 27, 2025

**No Reply** 2:10 PM
to me



# PREMIER PROPERTY
MANAGEMENT GROUP

Tenant Notification

Re: New Charges Posted To Lease on 08/26/2025

Dear Monique,

This notification is to alert you that new charges have been posted to you ledger, updating the balance due on you lease. See details, below:

**Charge Amount:** $10,420.00
**Charge Description:** Move Out Repairs - Resident(s)
**Due Date:** 08/26/2025
**Building Name:** 12001 Lemoncrest Lane
**Unit Name:** 12001 Lemoncrest Lane
**Lease Name:** Murphy - Holmes

If you are not already doing so, we encourage you to take advantage of our automatic electronic payment system to avoid the risk of late fees. To set up automatic payment or to make a one-time payment of these new charges, log in 24 hours a day to the Resident Portal at: Portal Login.

Thank you.

Powered by:  Propertyware
A RealPage Company

↩ Reply     ↪ Forward