

# WARDEN LAW FIRM
FOR THE WIN

December 15, 2025

Monique Murphy
109 Gilbert Dr.
Little Rock, Arkansas 72205

Re: **RECEIPT AND ACKNOWLEDGMENT OF PAYMENT;**
     Case No. 4:25-bk-12682

---

I, Monique Murphy, hereby acknowledge receipt of a check in the amount of Thirty Thousand Five Hundred Dollars ($30,500.00) from PPMG of Texas, LLC, delivered to me on this date.

This payment is made pursuant to the Order Awarding Damages entered October 30, 2025, in *In re Monique Denae Murphy*, Case No. 4:25-bk-12682 (United States Bankruptcy Court, Eastern District of Arkansas), and represents full payment of the monetary amounts awarded therein.

By accepting and negotiating this payment, I acknowledge that the monetary relief awarded by the Court has been fully satisfied and that this payment constitutes a full and final resolution of all monetary claims, demands, or causes of action arising out of or relating to the conduct, events, or circumstances addressed in the Court's Order, whether asserted or not asserted in that proceeding.

I agree that no further monetary sums are due or owing under the Court's Order and that no additional monetary claims will be pursued against PPMG of Texas, LLC arising from the same subject matter.

Acknowledged and received:

*M. Murphy*
Monique Murphy

1800 Riverfront Drive, Suite 200
Little Rock, AR 72202

p: (501) 291-0422
e: harry@wardenfirm.com